IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRISCILLA DOE, | ) | 4:03CV3397 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CASEY'S GENERAL STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This case is assigned to Judge Strom. He is absent from the District and in my capacity as Chief Judge, his chambers requested that I deal with the pending motion for a temporary restraining order. I agreed to do so and conferred with counsel for the plaintiff and counsel for the defendant. After hearing the parties,

IT IS ORDERED that:

(1) The motion for a temporary restraining order is denied except as provided in the following paragraphs.

(2) The plaintiff may proceed in this case under a pseudonym and the plaintiff may also proceed before the NEOC and EEOC using a pseudonym.

(3) Unless the plaintiff or plaintiff's counsel make a public statement regarding this case after the entry of this memorandum and order, the defendant shall not disclose the real name of the plaintiff or the location of the store where the plaintiff is employed.

(4) The plaintiff shall file under seal in this case a declaration providing the plaintiff's true name and address and serve a copy upon counsel for the defendant.

(5)     This temporary restraining order will expire under the normal rule time unless extended by Judge Strom.

(6)     This matter is stayed temporarily pending further consideration by Judge Strom.

DATED this 13th day of November, 2003.

                                          BY THE COURT:

                                          s/ Richard G. Kopf
                                          Chief United States District Judge