UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA


FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
03 NOV 13 PM 4:47
GARY D. McFARLAND
CLERK

| | |
|---|---|
| PRISCILLA DOE, | ) |
|   Plaintiff, | ) Civ. Action No. 4:03CV3397 |
| v. | ) ORDER GRANTING PLAINTIFF'S |
|   | ) MOTION TO SEAL AFFIDAVIT |
| CASEY'S GENERAL STORES, INC., | ) DISCLOSING THE TRUE IDENTITY OF |
|   | ) PLAINTIFF |
|   Defendant. | ) |

This matter came on for hearing upon the written motion of Plaintiff by and through counsel. The court, having been fully advised, hereby grants the motion to seal the affidavit which discloses the true identity of the Plaintiff.

The Clerk's office is hereby directed to file Affidavit Disclosing the True Identity of Plaintiff in the above captioned case under seal. The Clerk's office is further directed the Affidavit shall not be entered into the CM/ECF system for public view.

Dated this 13 day of November, 2003

United States District Court
Chief Judge in Judge
Strom's Absence